# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| EDDIE B. NEAL | * * * | CIVIL ACTION FILE |
| Plaintiff, | * * | NO:_____ |
| v. | * * | |
| CITY OF TOCCOA | * * | |
| Defendant | * * | |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA:

Please take notice that the defendant, City of Toccoa, by and through the undersigned counsel, hereby serves this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 of Civil Action Number SUCV2019000069 currently pending in the Superior Court of Stephens County, in the State of Georgia, which is described below:

1.

On February 26, 2019 Plaintiff commenced an action in the Superior Court of Stephens County, in the State of Georgia styled EDDIE B. NEAL, Plaintiff v.

1

CITY OF TOCCOA, Defendant, Civil Action No SUCV2019000069 . A copy of the complaint is attached and marked as Exhibit "A."

2.

Defendant was served with a copy of the Summons and Complaint on February 26, 2019. Defendant is filing this Notice of Removal within thirty days of receiving the Summons and Complaint pursuant to 28 U.S.C. § 1446(b). A copy of all pleadings, process, orders, and other papers filed in the state court action are attached and marked as Exhibit "B." Defendant reserves all defense to alleged service of process.

3.

Defendant removes the above styled action to this Court upon the ground and for the reason that this Court has Subject Matter Jurisdiction over this claim as it arises under Title VII of the Civil Rights Act of 1964, as amended.

4.

Venue is proper in the Gainesville Division of this Court because it is "the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5.

Plaintiff's Complaint asserts a cause of action under Title VII of the Civil Rights Act of 1964, as amended. Therefore, this Court has original jurisdiction over this civil action because it arises under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Plaintiff has not asserted any state law claims.

6.

Contemporaneous with the filing of this Notice of Removal, written notice of the defendant's Notice of Removal is being served upon Plaintiff, through his counsel of record, and a copy of the Notice of Removal is being filed with the Clerk of Court for the Superior Court of Stephens County, Georgia, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant hereby removes the above styled civil action from the Superior Court of Stephens County Georgia to this Court's Jurisdiction.

Respectfully submitted this 26th day of March, 2019.

                                          s/John A. Dickerson
                                          JOHN A. DICKERSON
                                          State Bar No. 220800

s/Austin L. Perry
AUSTIN L. PERRY
State Bar No. 577007

Attorneys for the City of Toccoa

McClure, Ramsay, Dickerson & Escoe, LLP
P. O. Drawer 1408
38 Falls Road
Toccoa, Georgia  30577
706-886-3178 (P)
706-886-1150 (F)

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, N.D. Ga., the undersigned counsel certifies that this document was prepared with Time New Roman (14 point), one of the font and point selections approved by the Court in Local Rule 5.1C, N.D. Ga.

Respectfully Submitted this 26th day of March, 2019.

s/John A. Dickerson
John A. Dickerson
State Bar No. 220800


s/Austin L. Perry
Austin L. Perry
State Bar No. 577007


Attorneys for the City of Toccoa

McClure, Ramsay, Dickerson & Escoe, LLP
P.O. Drawer 1408
38 Falls Road
Toccoa, GA 30577
706-886-3178 (P)
706-886-1150 (F)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| EDDIE B. NEAL | * * * | CIVIL ACTION FILE |
| Plaintiff, | * * | NO:_____ |
| v. | * * | |
| CITY OF TOCCOA | * * | |
| Defendant | * * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed via the court's Cm/ECF system and a service copy of the same was mailed to the following, via U.S. mail, postage prepaid:

<u>Counsel for Plaintiff</u>

Douglas L. Henry
P.O. Box 1257
Clarkesville, GA 30523

Respectfully submitted this 26th Day of March, 2019

s/John A. Dickerson
JOHN A. DICKERSON
State Bar No. 220800

s/Austin L. Perry
AUSTIN L. PERRY
State Bar No. 577007

Attorneys for the City of Toccoa

6

McClure, Ramsay, Dickerson & Escoe, LLP
P. O. Drawer 1408
38 Falls Road
Toccoa, Georgia  30577
706-886-3178 (P)
706-886-1150 (F)